RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 12/7/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KENNETH D. POTTER**<br>**LA. DOC #158678** | **CIVIL ACTION NO. 09-1069**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### ORDER

Before the court is Kenneth D. Potter's *pro se* civil rights suit (42 U.S.C. § 1983) filed on June 22, 2009. Plaintiff, an inmate in the custody of the Louisiana Department of Public Safety and Corrections, was allowed to proceed *in forma pauperis* on July 16, 2009 [Doc. No. 5]. However, on September 23, 2009, Magistrate Judge Hayes, having noted that three or more of Plaintiff's previous prisoner civil rights suits had been dismissed as frivolous, vacated and rescinded the order granting Plaintiff *in forma pauperis* status and directed him to pay the full filing fee within twenty days. [Doc. No. 6]. The Magistrate Judge further advised Plaintiff that his failure to pay the filing fee as directed would result in his pleadings being stricken and the case closed. [*Id.*]

More than twenty days have elapsed since the date of the order, and Plaintiff has not paid the requisite filing fees. Therefore,

**IT IS ORDERED** that the pleadings be **STRICKEN,** and the case **CLOSED.**

MONROE, LOUISIANA, this 7th day of December, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE